UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA RUTH LIXENBERG,

                Plaintiff,

      v.

COMPLEX MEDIA, INC. AND DOES 1-10,

                Defendants.

No. 22-CV-354 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Defendant's motion to dismiss Plaintiff's Second Amended Complaint is hereby stayed pending the resolution of *Michael Grecco Productions, Inc. v. RADesign, Inc.*, which is currently on appeal in the Second Circuit. No. 21-CV-8381 (RA), 2023 WL 4106162 (S.D.N.Y. June 20, 2023), *appeal pending* No. 23-1078 (2d Cir. 2023).

      The Court finds that staying this action is appropriate, particularly in light of the similarities between *Michael Grecco* and the instant case. *See Rankine v. Levi Strauss & Co.*, No. 22-CV-03362-LTS, 2023 WL 3582323, at *7 (S.D.N.Y. May 22, 2023) ("A court may 'enter a stay pending the outcome of proceedings which bear upon the case, even if such proceedings are not necessarily controlling of the action that is to be stayed.'" (quoting *Diatek Licensing LLC v. Estrella Media, Inc.*, No. 22-CV-3508-LJL, 2022 WL 5108090, at *1 (S.D.N.Y. Oct. 4, 2022))); *Poppel v. Rockefeller Univ. Hosp.*, No. 19-CV-1403-ALC, 2019 WL 3334476, at *2 (S.D.N.Y. Jul. 25, 2019) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its own docket with economy of time and effort for itself, for counsel, and for litigants.").

The Clerk of Court is respectfully directed to stay this action pending further order from the Court.

SO ORDERED.

Dated: November 28, 2023
        New York, New York

_____
Ronnie Abrams
United States District Judge