UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANA RUTH LIXENBERG,

                    Plaintiff,

    v.

COMPLEX MEDIA, INC., a Delaware Corporation; and DOES 1–10,

                    Defendants.

No. 22-CV-354 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Oral argument will be held on Defendant's motion to dismiss on September 22, 2025 at 3:30 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    August 12, 2025
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge