UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA RUTH LIXENBERG,

                              Plaintiff,

                 v.                                    No. 22-CV-354 (RA)

COMPLEX MEDIA, INC., a Delaware                        ORDER
Corporation; and DOES 1–10,

                              Defendants.

RONNIE ABRAMS, United States District Judge:

        In light of the Court's previous order denying Defendant's motion to dismiss, no later

than January 23, 2026, the parties shall file a proposed amended case management plan.

SO ORDERED.

Dated:    January 16, 2026
          New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge