

**NANCY A. DEL PIZZO**
Partner
(201) 287-2472
nancy.delpizzo@rivkin.com

WWW.RIVKINRADLER.COM

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

January 21, 2026

**<u>VIA ECF</u>**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
Jan. 22, 2026

Re: *Dana Ruth Lixenberg v. Complex Media Inc.*
<u>Civil Action No.: 1:22-cv-00354 (RA) (DCF)</u>

Dear Judge Abrams:

We represent defendant, Complex Media, Inc. ("Complex Media"). We understand the Court has entered an Order requiring the parties to file a proposed amended case management plan no later than January 23, 2026. (D.E. 61). Pursuant to Rule 1.D. of Your Honor's Individual Practices in Civil Cases, I write to request a brief extension of time for the parties to file a proposed amended case management plan, up to and including, **Friday, February 6, 2026.** I make this request as I am currently involved in a two-week trial before the American Arbitration Association International Center for Dispute Resolution, Case No. 01-25-0001-3253, which is expected to conclude on Friday, January 23, 2026, and seek additional time to confer with my client and meet and confer with counsel for purposes of a proposed amended case management plan. This is the first request for an extension of Complex Media's time to file a proposed amended case management plan. The request, if granted, would not affect any other scheduled dates. Plaintiff's counsel consents to this extension.

We thank the Court for its time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP
<u>s/ Nancy A. Del Pizzo</u>

NANCY A. DEL PIZZO

c: Counsel of Record (via ECF)

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333